UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SELENA MELTON,** by and through her Guardian *ad Litem* Beverly Cannon Mosier,<br><br>    Plaintiff,<br><br>  vs.<br><br>**REGIONAL CENTER OF THE EAST BAY, INC., ET AL.**<br><br>    Defendants. | Case No. 4:20-cv-06613-YGR<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 135 |

On May 15, 2023, plaintiff filed a motion for dismissal with prejudice of her claims against defendant California Department of Developmental Services, with which plaintiff has reached a court approved settlement. (Dkt. No. 135.) Plaintiff's counsel stated by declaration that defendant Regional Center of the East Bay ("RCEB") refused to stipulate to the dismissal. (Dkt. No. 135-1.) RCEB did not respond to the motion by the opposition deadline.

RCEB is **HEREBY ORDERED TO SHOW CAUSE** by Tuesday, June 6, 2023, why it refused to stipulate to dismissal or, if it opposes dismissal, why the motion to dismiss should not be granted. Failure to respond will be deemed a concession that the motion is properly granted. If RCEB opposes dismissal, plaintiff shall file a reply **seven (7) days** thereafter. The Court **VACATES** the June 20 hearing to be reset if necessary.

**IT IS SO ORDERED.**

Dated: **June 1, 2023**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**