1

2

3

4                     UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    SELENA MELTON,                          Case No.  20-cv-06613-YGR   (TSH)

8                  Plaintiff,

9           v.                               **DISCOVERY ORDER**

10   REGIONAL CENTER OF THE EAST             Re: Dkt. No. 218
     BAY, INC.,
11
                   Defendant.
12

13          The parties have filed a joint discovery letter brief at ECF No. 218.  In the letter brief, the

14   parties dispute the contents of certain medical records.  The Court would like to review those

15   records itself.  Accordingly, the Court **ORDERS** the parties to file the medical records at issue no

16   later than April 7, 2025.  If they should be filed under seal, the parties should file an appropriate

17   motion to seal.

18          In addition, one of the arguments Plaintiff makes is that Defendant failed to object to the

19   term "ASL interpreter."  However, the excerpts from the RFA responses do not show how the

20   term was defined or what Defendant's objections may have been.  Accordingly, the Court

21   **ORDERS** the parties to file the RFAs and Defendant's responses in their entirety no later than

22   April 7, 2025.

23          **IT IS SO ORDERED.**

24

25   Dated: April 4, 2025

26

27                                           THOMAS S. HIXSON
                                             United States Magistrate Judge
28