UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MELTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REGIONAL CENTER OF THE EAST BAY, INC.,<br><br>　　　　　　Defendant. | Case No. 20-cv-06613-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 231, 232 |

The parties have filed joint discovery letter briefs at ECF Nos. 231 and 232. With respect to ECF No. 231, the parties have resolved their dispute, so the Court terminates that letter brief as moot. With respect to ECF No. 232, the Court **ORDERS** that Plaintiff may depose Dr. Kordus for a second day concerning her rebuttal report.

**IT IS SO ORDERED.**

Dated: July 21, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge