**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SELENA MELTON,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**REGIONAL CENTER OF THE EAST BAY, INC.** *et al.***,**<br><br>    Defendants. | Case No.: 20-CV-6613 YGR<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF SELENA MELTON'S AND DEFENDANT REGIONAL CENTER OF THE EAST BAY'S FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES** |

**TO PARTIES AND COUNSEL OF RECORD:**

Counsel for the above-named parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions.

The Court's Standing Order states at Section 9(a): "Within **three (3) business days** after receipt of [a moving party's] letter, any party who will oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party. This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers."

Each party has filed their own letter to move for summary judgment but neither has complied with the order to file a substantive response to the other's letter.  Within **three (3) business days,** counsel must file a written response to this Order to Show Cause *or* comply with the referenced Standing Order.

The hearing on this Order and the conference shall be held at 1:00 p.m. on Tuesday, August 12, 2025 in Courtroom One of the U.S. District Court in Oakland, California.

**IT IS SO ORDERED.**

Dated:  August 5, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**